**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**OAKLAND DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR-04-40066 SBA |
| Plaintiff, | **ORDER** |
| v. | [Docket No. 29] |
| MARILYN S. SIMEON, | |
| Defendant. | |

Before the Court is defendant's Motion to Terminate Probation (the "Motion") [Docket No. 29] under 18 U.S.C. § 3564. No hearing is necessary, under Federal Rule of Criminal Procedure 32.1(c). For the reasons stated in defendant's Motion, analyzing her request under 18 U.S.C. § 3553(a), including the nature of her offense and character, her model compliance on probation, and her prompt payment all fines, special assessments, and restitution, and given that both the United States and Probation support early termination, the Court GRANTS the Motion.

IT IS SO ORDERED.

September 23, 2008

_Saundra B Armstrong_
Saundra Brown Armstrong
United States District Judge